**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| MARVIN HILLMAN, III,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF PEACH COUNTY GEORGIA,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 5:26-cv-293-MTT-AGH |

**ORDER**

*Pro se* Petitioner Marvin Hillman, III, filed a document in the United States District Court for the Northern District of Georgia that was docketed as a federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner did not, however, file his petition on the Court's standard § 2254 form or pay the filing fee. On July 14, 2026, the Northern District transferred the action to this court (ECF No. 2). On July 17, 2026, the Court filed an order directing Petitioner to recast his petition on the Court's standard form and either submit the required $5.00 filing fee or file a motion for leave to proceed *in forma pauperis* (IFP). Order 1, ECF No. 5. However, the Court's order was mailed to Telfair State Prison because that was the address on file from Petitioner's previous habeas case. On August 24, 2026, after becoming aware that Petitioner was at Hancock State Prison, the Clerk re-mailed the Court's July 17, 2026 Order to that address. On September 18, 2026, the Court received a response from Petitioner wherein he stated that he received two

orders from the Court, but the dates listed do not correspond to any orders mailed by the Court. Pl.'s Resp. 2, ECF No. 7. In his response, Petitioner set forth his alleged grounds for habeas relief. *Id.* at 2-5. However, he once again did not recast his petition on the Court's standard form, pay the filing fee, or move to proceed IFP.

Because it is uncertain whether Petitioner received its July 17, 2026, Order, the Court again orders Petitioner to recast his petition using the Court's standard § 2254 form and submit it—with either payment of the $5.00 filing fee or a motion for leave to proceed IFP—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to again mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action. Petitioner is reminded to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order will likely result in the dismissal of Petitioner's application for failure to comply.** There shall be no service of process until further order of the Court.

**SO ORDERED**, this 6th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE