IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARVIN HILLMAN, III, | * | |
| Petitioner, | * | |
| v. | | Case No. 5:26-cv-293 (MTT-AGH) |
| | * | |
| SUPERIOR COURT OF PEACH COUNTY GEORGIA, | * | |
| Respondent. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk